UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  POWERS, BRIAN K<br>　　Debtor(s) | CASE NO. 09-22489 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

　　Comes now Stacia L. Yoon, Trustee, and states as follows:

　　1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

　　2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

　　3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

　　4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:　　February 18, 2011　　　　By: /s/ Stacia L. Yoon
　　　　　　　　　　　　　　　　　　STACIA L. YOON, TRUSTEE #16933-53
　　　　　　　　　　　　　　　　　　Genetos Retson & Yoon LLP
　　　　　　　　　　　　　　　　　　8585 Broadway, Suite 480
　　　　　　　　　　　　　　　　　　Merrillville, IN 46410
　　　　　　　　　　　　　　　　　　Telephone: (219) 755-0401
　　　　　　　　　　　　　　　　　　bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
George P. Galanos, geogalanos@ameritech.net
Regular Mail:
POWERS, BRIAN K, 10624 WEST 129TH AVENUE, CEDAR LAKE, IN 46303
Indiana Department of Revenue, Bankruptcy Section, N-240, 100 North Senate Avenue, Indianapolis, IN 46204

Printed: 02/16/11 09:55 AM

Page: 1

## Claims Distribution Small Checks

Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)

Case: 09-22489 - POWERS, BRIAN K

| Account No. | Check No. | Issued | Claim No. | Filed | Payee/Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200025471006 | 107 | 02/16/11 | 2U | Payee: | U.S. Bankruptcy Court | | | | Check Amount: | $0.83 |
| | | | | 09/29/09 | Priority 610 | Indiana Department of Revenue Bankruptcy Section, N-240 100 North Senate Avenue Indianapolis, IN 46204 | 33.30 | 33.30 | 0.83 | |

(*) Denotes objection to Amount Filed